NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ECO FIBER INC.,**
*Plaintiff-Appellee*

v.

**DAVID KEVIN VANCE,**
*Defendant-Appellant*

**YUKON PACKAGING, LLC,**
*Defendant*

---

2024-2180

---

Appeal from the United States District Court for the Western District of North Carolina in No. 3:24-cv-00465-FDW-DCK, Judge Frank D. Whitney.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

April 10, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 10, 2025